No. 76–1346. LORILLARD, A DIVISION OF LOEW'S THEATRES, INC. *v.* PONS. C. A. 4th Cir. Certiorari granted. ▮

No. 76–1476. J. W. BATESON CO., INC., ET AL. *v.* UNITED STATES EX REL. BOARD OF TRUSTEES OF THE NATIONAL AUTOMATIC SPRINKLER INDUSTRY PENSION FUND ET AL. C. A. D. C. Cir. Certiorari granted. ▮

No. 76–1040. SANABRIA *v.* UNITED STATES. C. A. 1st Cir. Certiorari granted limited to Questions 1, 2, and 3 presented by the petition. ▮

No. 76–1114. CALIFORNIA ET AL. *v.* SOUTHLAND ROYALTY CO. ET AL.;

No. 76–1133. EL PASO NATURAL GAS CO. *v.* SOUTHLAND ROYALTY CO. ET AL.; and

No. 76–1587. FEDERAL POWER COMMISSION *v.* SOUTHLAND ROYALTY CO. ET AL. C. A. 5th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of these petitions. Reported below: 543 F. 2d 1134.

No. 76–6513. BELL *v.* OHIO. Sup. Ct. Ohio. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted limited to Question 1 presented by the petition. ▮

No. 75–1654. BRANCH *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. ▮

No. 75–7001. KIRK ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮